IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAMS FIELD SERVICES GROUP, LLC, | § § § | |
| | § | No. 488, 2019 |
| Plaintiff Below, | § | |
| Appellant | § | Court Below: Chancery Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2019-0350 JTL |
| CAIMAN ENERGY II, LCC; | § | |
| ENCAP FLATROCK MIDSTREAM | § | |
| FUND II, L.P.; ENCAP ENERGY | § | |
| INFRASTRUCTURE FUND, L.P.; | § | |
| TT-EEIF CO-INVESTMENTS, LLC; | § | |
| UT EEIF SIDE CAR, LLC; LIC-EEIF | § | |
| SIDE CAR, LLC; OAKTREE | § | |
| CAPITAL MANAGEMENT, L.P.; | § | |
| HIGHSTAR IV CAIMAN II | § | |
| HOLDINGS, LLC; FR BR | § | |
| HOLDINGS LLC; JACK M. | § | |
| LAFIELD; RICHARD D. | § | |
| MONCRIEF; STEPHEN L. ARATA; | § | |
| WILLIAM R. LEMMONS, JR., | § | |
| DENNIS F. JAGGI; STEVEN | § | |
| GUDOVIC; AND BLUE RACER | § | |
| MIDSTREAM LLC, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: July 22, 2020
Decided: August 3, 2020

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES** Justices.

## <u>ORDER</u>

This 3rd day of August, 2020, after careful consideration of the parties' arguments, briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its September 25, 2019 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice